IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ABBY GOLDEN, #114029                                       PLAINTIFF

VS.                       4:22-CV-00108-BRW-JTK

DOES, *et al.*                                           DEFENDANTS

## ORDER

Abby Golden ("Plaintiff") has not responded to the Court's May 17, 2022 Order directing her to update her address within thirty days. (Doc. No. 18). The Court warned Plaintiff in the Order that her failure to comply would result in the dismissal of her Complaint without prejudice. The Court notes that mail to Plaintiff at her address of record is still being returned as undeliverable. (Doc. No. 20).

Rule 5.5(c)(2) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

Because Plaintiff failed to respond, her Complaint is DISMISSED without prejudice for failure to prosecute. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith. Defendants Motion for Summary Judgment on the issue of exhaustion (Doc. No. 22) is DENIED as moot

IT IS SO ORDERED this 28th day of June, 2022.

                                                     Billy Roy Wilson
                                                     UNITED STATES DISTRICT JUDGE