IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ABBY GOLDEN, #114029**                          **PLAINTIFF**

**VS.**                          **4:22-CV-00108-BRW-JTK**

**DOES,** *et al.*                          **DEFENDANTS**

### JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 28th day of June, 2022.

                                           Billy Roy Wilson
                                           UNITED STATES DISTRICT JUDGE